SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorney for Plaintiff,
EDMOND NEAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND NEAL,<br><br>  Plaintiff,<br><br>vs.<br><br>LIYO SMOKE SHOP & DISCOUNT STORE INC.,; FARDA PROPERTY, LLC; and DOES 1 to 10,<br><br>  Defendants. | **Case No.: 2:23-cv-10804 SB (ASx)**<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

   Notice is hereby given that Plaintiff EDMOND NEAL ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case and would like to avoid any additional expense, and further the interests of judicial economy.

   Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

//

//

//

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 | DATED: January 26, 2024 | **SO. CAL EQUAL ACCESS GROUP** |
| 3 |   |   |
| 4 |   |   |
| 5 |   | */s/ Jason J. Kim* |
| 6 |   | JASON J. KIM<br>Attorney for Plaintiff |

-2-